# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

**PRISONER COMPLAINT**
**[FOR INMATE ACTION] UNDER 42 U.S.C. § 1983**

2022 MAY 26 P 12: 15

_FERNANDEZ BRITTON_
Name under which you were convicted

_#327787_
Your prison number

vs.
_Lt. DAVIS, OFFICER TODD,_
_et al.,_
Name of Defendant(s)

CIVIL ACTION NO.___
(To be supplied by Clerk of Court)

2:22-CV-321-WKW-KFP

_Fountain Correctional Facility, Fountain 3800 Atmore, AL 36503_
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 12/1/2020

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $402.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. <u>See</u> Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

**I. PREVIOUS LAWSUITS.**

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )    No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )    No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _____ N/A _____

   Defendants: _____ N/A _____

   2. Court (if federal court, name the district; if state court, name the county): __N/A__

   3. Docket Number: __N/A__

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )   No ( )

   5. Name of judge to whom the case was assigned: _____ N/A _____

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   _____ N/A _____

   7. Approximate date of filing lawsuit: _____ N/A _____

   8. Approximate date of ruling by court: _____ N/A _____

3

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: *Kiby Correctional Facility*

B. Date it occurred: *On or about February 2022 and Continuously*

C. Is there a prisoner grievance procedure in this institution? *They (Defendants) would not give me a grievance*

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
  Yes ( )    No ( )

E. If your answer is YES:

  1. What steps did you take? _____

  2. What was the result? _____

F. If your answer is NO, explain why not: *Defendants made sure I could not get a Grievance*

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

*On or about February 2022, Lt. Davis and Officer Todd at Kiby Correctional Facility for no good cause did in fact brutally beat to the point that I had to have serious medical attention in direct violation of my 8th and 14th Amendment Rights of the U.S. Const.*

### III. PARTIES.

A. Plaintiff (Your name/AIS): Fernandez Britton #327787

Your present address: Fountain 3800, Atmore, AL 36503

B. Defendant(s):

1. Defendant (full name) Lt. Davis is employed as Lt. at at Kilby Fac.

His/her present address is 301 S. Ripley Street, Montgomery AL 36130.

(a) Claim against this defendant: Cruel and unusual Punishment, Wrongful injury etc... and conspired with officer (Defendant Todd) to do so.

(b) Supporting facts (Include date/location of incident):

On and about February 2022 for no good cause Lt. Davis Conspired with officer Todd the other Defendant herein to brutally Beat me up conducting themselves as gang members instead of officials.

2. Defendant (full name) Officer Todd is employed as Correctional officer at Kilby Corr. Fac. for ALDOC.

His/her present address is 301 S. Ripley Street, Montgomery AL 36130

(a) Claim against this defendant: Conspired with Defendant Davis to brutally Beat Plaintiff Britton up for no good cause but cruel and unusual Punishment.

(b) Supporting facts (Include date/location of incident):

On or about February 2022 for no good cause Defendant Todd Conspired with Defendant Lt. Davis to brutally Beat Plaintiff up to the point of needing serious medical attention.

3. Defendant (full name) _____ is employed as _____

at _____.

His/her present address is _____.

5

(a) Claim against this defendant: _____

_____

(b) Supporting facts (Include date/location of incident):

_____

_____

_____

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: _Burglary 1st & 2nd_

2. When were you convicted? _10-17-2017_

3. What is the term of your sentence? _two twenties spit 5_

4. When did you start serving this sentence? _____

5. Do you have any other convictions which form the basis of a future sentence?
     Yes ( )      No (✓)

If so, complete the following:

(a) Date of conviction: _10-17_

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? _2027_

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |
| Invalidated | yes( ) no(✓) | yes( ) no(✓) |

6

Writ of habeas yes( ) no(✓)   yes( ) no(✓)
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____ N/A _____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

Plaintiff seek a jury trial and the use of Rules 33, 34, 35, 36 and 37 to obtain all evidence needed, and seek Two-million in damages for wrongful injury to Plaintiff Britton a U.S. Citizen.

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

5-23-22
Date

(Signature of Plaintiff Under Penalty of Perjury)

Fountain 3800
Current Mailing Address

Atmore, AL 36503

Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

Fernandez Britton
#327787-F-115B
Fountain 3800
Atmore, AL 36503

MOBILE AL 366
24 MAY 2022 PM 2

FIRST-CLASS

US POSTAGE (IMI) PITNEY BOWES

ZIP 36502
02 7H
0006027108    $ 000.73⁰
              MAY 24 2022

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
1 CHURCH STREET, SUITE B-110
MONTGOMERY, AL 36104-4018

LEGAL

36104-401801