| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Mas Moul (e-  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Marc Moutel  6-8-22 |
| 1. Article Addressed to:<br><br>Officer Todd<br>Kilby Correctional Facility<br>PO Box 150<br>Mt. Meigs, AL 36057-0150 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>7/14/2022<br>22 cv 321  C + OP(4)<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7012 1010 0000 9707 5255 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Marc Moulton*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Marc Moulton  C. Date of Delivery: 6-8-22<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>7/14/2022<br>22cv321 C+op(4) |
| 1. Article Addressed to:<br><br>Lt. Davis<br>Kilby Correctional Facility<br>PO Box 150<br>Mt. Meigs, AL 36057-0150 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): 7012 1010 0000 9707 5262 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |