# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **FERNANDEZ BRITTON, JR.,** <br> **AIS #327787,** <br><br>     **Plaintiff,** <br><br> **vs.** <br><br> **LT. DAVIS, et al.,** <br><br>     **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   **CASE NO. 2:22-CV-321-WKW-KFP** <br> ) <br> ) <br> ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR FILING SPECIAL REPORT AND ANSWER

Come now Defendants Lt. Brandon Daniels (inaccurately named in Complaint as Lt. Davis) and Officer William Todd to respectfully request an additional thirty days (from the date this motion is granted, if the Court is so inclined) in which to file their Special Report and Answer, and, as grounds, state as follows:

1. Defendants and defense counsel need additional time to gather documents and draft an appropriate response.

2. The granting of this extension of thirty days will not unduly prejudice the Plaintiff.

                                            Respectfully Submitted,

                                            Steve Marshall <br>
                                            Attorney General

                                            Carrie Ellis McCollum (ELL037) <br>
                                            General Counsel

                                            /s/ Bart Harmon <br>
                                            Bart Harmon (HAR127) <br>
                                            Thomas M. McCarthy (MCC150) <br>
                                            Assistant Attorney General

1

OF COUNSEL:

Alabama Department of Corrections
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
(334) 353-4859
bart.harmon@doc.alabama.gov
thomas.mccarthy@doc.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Fernandez Britton, Jr.
AIS #327787
Fountain Correctional Facility
9677 AL Hwy 21 North
Atmore, AL  36503-3800

/s/ Bart Harmon
Bart Harmon (HAR127)
Thomas M. McCarthy (MCC150)
Assistant Attorney General